ERIC GRANT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | VERIFIED COMPLAINT FOR FORFEITURE *IN REM* |
| APPROXIMATELY $340,100.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $200,000.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $85,553.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $46,657.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $18,650.00 IN U.S. CURRENCY, AND | |
| ASSORTED JEWELRY, | |
| Defendants. | |

The United States of America, by and through its undersigned attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions:

# NATURE OF ACTION

1. This is a civil action *in rem* to forfeit several amounts of currency and assorted jewelry involved in violations of federal drug laws:

    a. Approximately $340,100.00 in U.S. Currency,

    b. Approximately $200,000.00 in U.S. Currency,

    c. Approximately $85,553.00 in U.S. Currency,

    d. Approximately $46,657.00 in U.S. Currency,

    e. Approximately $18,650.00 in U.S. Currency, and

    f. Assorted Jewelry,

hereinafter "the defendant assets."

2. The "Assorted Jewelry" is further described as follows:

    a. Stainless Steel "Fin Des Temps" Submariner Rolex, Serial Number: Z241U960;
    b. 18 Karat Yellow Gold and Stainless Steel GMT Rolex, Serial Number: 477280H5;
    c. Stainless Steel GMT-Master II Rolex, Serial Number: S0135519;
    d. 18 Karat Rose Gold Day-Date Rolex, Serial Number: 76MS2131;
    e. Stainless Steel Bamford Submariner Rolex, Serial Number: 87G7G888;
    f. Titanium Hublot Big Bang Sang Bleu Limited Edition, Serial Number: 1247020;
    g. Stainless Steel Panerai Luminor Firenze 1860 OP 6834, Serial Number: Q1752/2000;
    h. Cartier Santos Diamond and Sapphire Watch, Serial Number: 530018NX;
    i. Titanium RM030 Richard Mille Watch, Serial Number: RM030AL-TI/010;
    j. 14 Karat Rose Gold Black Diamond Gold Chain; and
    k. 18 Karat Yellow Gold Presidential Rolex Bracelet.

3. The defendant assets were seized on May 11, 2021, during the execution of search warrants at two Northern California residences occupied or controlled by Owen Coumas ("Coumas"). The defendant assets are in the custody of the U.S. Marshals Service, Eastern District of California.

# JURISDICTION AND VENUE

4. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, over an action for forfeiture under 28 U.S.C. § 1355(a), and over this particular action under 21 U.S.C. § 881.

5. This district is a proper venue pursuant to 28 U.S.C. § 1355, because the acts giving rise to this *in rem* forfeiture action occurred in this district, and pursuant to 28 U.S.C. § 1395(a), because the

defendant assets were seized in this district.

**FACTUAL ALLEGATIONS**

6. In 2020, law enforcement received information that Coumas was trafficking illegal drugs, including marijuana and MDMA, from his residences in El Dorado Hills and Placerville, California. On May 11, 2021, law enforcement executed a search warrant at Coumas' residence on Greenview Drive in El Dorado Hills (hereinafter "Greenview Drive"). During the search of Greenview Drive's master bedroom, law enforcement found several pounds of processed marijuana, 39.1 gross grams of LSD blotter paper, 38 gross grams of Psilocybin Mushrooms, a loaded Springfield XD 9mm pistol, a loaded KR XX Vector 9mm machine pistol, a large amount of ammunition, ammunition magazines, an electric money counter, and documents for Coumas. After a drug detection dog positively alerted to the odor of narcotics on a red portable generator in the master bedroom closet, law enforcement removed the generator's end insert and discovered $85,553.00 in cash inside a hollowed-out cavity. Law enforcement also found ten luxury watches and a diamond necklace in the closet—the "Assorted Jewelry."

7. Law enforcement next searched the Greenview Drive's ground floor garage, a first-floor office, a loft bedroom, and the kitchen. Each of these rooms contained evidence of large-scale drug trafficking.

   a. Inside the garage, law enforcement found several plastic "turkey" bags with pound quantities of processed marijuana, contractor bags containing loose marijuana, vacuum sealers, digital scales, and a large gray Diebold brand safe. Inside the safe, which Coumas opened for law enforcement, was $46,657.00 in cash and a FN Scar 7.62 rifle.

   b. In the first-floor office, law enforcement found several pounds of marijuana, $18,650.00 in cash, numerous U.S. Postal Service receipts for packages recently shipped throughout the United States, several plastic pill press sheets, and 1,921 gross grams of Psilocybin Mushrooms.

   c. In the bedroom loft, law enforcement found a loaded Rock Island 1911 .45 caliber pistol and a SKS 7.62 rifle.

   d. In the kitchen, law enforcement found 33.7 gross grams of LSD, 33.6 gross grams

of MDMA pills, multiple plastic bags containing pound quantities of marijuana, a loaded Smith & Wesson .38 caliber revolver, digital scales, and vacuum sealers.

8. Coumas was present during the Greenview Drive search and agreed to speak with law enforcement. Coumas said he was licensed by the State of California to cultivate marijuana and operated a marijuana cultivation operation at a warehouse on Belvedere Drive in South Sacramento. He denied possessing large amounts of cash or other illegal drugs at the Greenview Drive property and similarly denied that his Swansboro Road residence contained any drugs, money, or firearms. Law enforcement showed Coumas an invoice indicating that he—Coumas—employed a third-party to deliver $91,000 of marijuana to a Los Angeles "dispensary" in March 2021. After consulting with the California Bureau of Cannabis Control ("BCC"), law enforcement explained to Coumas that the information—licensing numbers, business locations, etc.—on the invoice was mostly false.

9. On May 11, 2021, law enforcement also executed a search warrant at a Coumas-owned property on Swansboro Road in Placerville, where they encountered two locked safes in the property's garage. Law enforcement forcibly opened each safe and found $200,000.00 in cash in the first safe and $340,100.00 in cash in the second. The bulk cash found in each safe was vacuum sealed in black plastic wrap.

10. On October 20, 2021, law enforcement executed a search warrant at a property in Berry Creek, California owned by Coumas. The Berry Creek property was outfitted for large-scale marijuana cultivation with several grow structures, outdoor marijuana gardens, and a metal barn dedicated to harvesting marijuana. At Berry Creek, law enforcement seized a total of 841.85 pounds of processed marijuana, 971 large marijuana plants, and 567 gross grams of Psilocybin Mushrooms.

11. Coumas has a drug-related criminal history, including a 2007 misdemeanor conviction for drug possession and arrests in 2010 and 2021 for drug possession and conspiracy to distribute narcotics.

**FIRST CLAIM FOR RELIEF**
**21 U.S.C. § 881(a)(6)**

12. The above paragraphs are incorporated by reference as though fully set forth herein.

13. The defendant assets are subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6), because it was money furnished or intended to be furnished in exchange for a controlled

substance or listed chemical, constituted proceeds traceable to such an exchange, and was used and intended to be used to commit or facilitate a violation of 21 U.S.C. §§ 841, *et seq.*, an offense punishable by more than one year's imprisonment.

**PRAYER FOR RELIEF**

WHEREFORE, the United States prays that:

1. Process issue according to the procedures of this Court in causes of action *in rem*;

2. Any person having an interest in said defendant assets be given notice to file a claim and to answer the complaint;

3. The Court enter a judgment of forfeiture of the defendant assets to the United States; and

4. The Court grant such other relief as may be proper.

Dated: 9/11/2025

ERIC GRANT
United States Attorney

By:   /s/ Kevin C. Khasigian
      KEVIN C. KHASIGIAN
      Assistant U.S. Attorney

**VERIFICATION**

I, Brian Nehring, hereby verify and declare under penalty of perjury that I am a Special Agent with the Drug Enforcement Administration, that I have read the foregoing Verified Complaint for Forfeiture *In Rem* and know the contents thereof, and that the matters contained in the Verified Complaint are true to the best of my knowledge and belief.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, including information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Special Agent with the Drug Enforcement Administration.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Dated: 9-12-2025

/s/ Brian Nehring
BRIAN NEHRING
Special Agent
Drug Enforcement Administration

(Signature retained by attorney)