IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:25-cv-02627-DC-CKD |
| Plaintiff, | |
| v. | FINAL JUDGMENT OF FORFEITURE |
| APPROXIMATELY $340,100.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $200,000.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $85,553.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $46,657.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $18,650.00 IN U.S. CURRENCY, AND | |
| ASSORTED JEWELRY, | |
| Defendants. | |

On November 20, 2025, Plaintiff United States filed a request for final judgment of forfeiture and attached as an exhibit a stipulation entered into between Plaintiff and potential claimants Owen Coumas and Black Diamond Boutique and Gallery, LLC for the entry of a final judgment of forfeiture in this action. (Doc. No. 9.)

1

Pursuant to the Request for Final Judgment of Forfeiture filed herein, the court finds:

1. This is a civil action *in rem* against the assets listed below, seized on or about May 11, 2021, collectively referred to as the "Defendant Assets":

   a. Approximately $340,100.00 in U.S. Currency,
   b. Approximately $200,000.00 in U.S. Currency,
   c. Approximately $85,553.00 in U.S. Currency,
   d. Approximately $46,657.00 in U.S. Currency,
   e. Approximately $18,650.00 in U.S. Currency, and
   f. Assorted Jewelry.

2. The "Assorted Jewelry" is further described as follows:

   a. Stainless Steel "Fin Des Temps" Submariner Rolex, Serial Number: Z241U960,
   b. 18 Karat Yellow Gold and Stainless Steel GMT Rolex, Serial Number: 477280H5,
   c. Stainless Steel GMT-Master II Rolex, Serial Number: S0135519,
   d. 18 Karat Rose Gold Day-Date Rolex, Serial Number: 76MS2131,
   e. Stainless Steel Bamford Submariner Rolex, Serial Number: 87G7G888,
   f. Titanium Hublot Big Bang Sang Bleu Limited Edition, Serial Number: 1247020,
   g. Stainless Steel Panerai Luminor Firenze 1860 OP 6834, Serial Number: Q1752/2000,
   h. Cartier Santos Diamond and Sapphire Watch, Serial Number: 530018NX,
   i. Titanium RM030 Richard Mille Watch, Serial Number: RM030AL-TI/010,
   j. 14 Karat Rose Gold Black Diamond Gold Chain, and
   k. 18 Karat Yellow Gold Presidential Rolex Bracelet.

3. A Verified Complaint for Forfeiture *In Rem* was filed on September 12, 2025 (hereafter "Complaint"). The Complaint alleged that the Defendant Assets are subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

4. On October 1, 2025, the Clerk issued a Warrant for Arrest for the Defendant Assets, and that warrant was executed on October 3, 2025.

5. Beginning on September 20, 2025, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on November 13, 2025.

6. In addition to the public notice on the official internet government forfeiture site, www.forfeiture.gov, actual notice or attempted notice was given to the following individuals or entities:

   a. Owen Coumas, and
   b. Black Diamond Boutique and Gallery, LLC.

7. No parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

2

8. On or about August 28, 2025, pursuant to a Stipulation for Final Judgment of Forfeiture, potential claimants Owen Coumas and Black Diamond Boutique and Gallery, LLC agreed to forfeit all of their right, title, and interest in some of the Defendant Assets pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law. That Stipulation is attached as Exhibit A to the Request for Final Judgment of Forfeiture.

Based on the above findings, and the files and records filed in this action, the court orders as follows:

1. Judgment is hereby entered against potential claimants Owen Coumas and Black Diamond Boutique and Gallery, LLC, and all other potential claimants who have not filed claims in this action.

2. Upon entry of this Final Judgment of Forfeiture, all right, title, and interest of Owen Coumas and Black Diamond Boutique and Gallery, LLC, in the below-listed Defendant Assets shall be forfeited, with any accruing interest, to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law:

   a. Approximately $340,100.00 in U.S. Currency,
   b. Approximately $200,000.00 in U.S. Currency,
   c. Approximately $85,553.00 in U.S. Currency,
   d. Approximately $46,657.00 in U.S. Currency,
   e. Approximately $18,650.00 in U.S. Currency,
   f. Stainless Steel "Fin Des Temps" Submariner Rolex, Serial Number: Z241U960,
   g. Titanium Hublot Big Bang Sang Bleu Limited Edition, Serial Number: 1247020,
   h. Stainless Steel Panerai Luminor Firenze 1860 OP 6834, Serial Number: Q1752/2000,
   i. 18 Karat Rose Gold Day-Date Rolex, Serial Number: 76MS2131,
   j. 14 Karat Rose Gold Black Diamond Gold Chain,
   k. 18 Karat Yellow Gold Presidential Rolex Bracelet, and
   l. Stainless Steel GMT-Master II Rolex, Serial Number: S0135519.

3. Upon entry of this Final Judgment of Forfeiture, but no later than 60 days thereafter, the following watches shall be returned to Owen Coumas and Black Diamond Boutique and Gallery, LLC, through their attorney Linda Parisi:

   a. 18 Karat Yellow Gold and Stainless-Steel GMT Rolex, Serial Number: 477280H5,
   b. Titanium RM030 Richard Mille Watch, Serial Number: RM030AL-TI/010,
   c. Cartier Santos Diamond and Sapphire Watch, Serial Number: 530018NX, and
   d. Stainless Steel Bamford Submariner Rolex, Serial Number: 87G7G888.

4. The United States and its servants, agents, and employees are released from any and all

3

liability arising out of or in any way connected with the arrest or forfeiture of the defendant assets.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said arrest or forfeiture, as well as to those now known or disclosed. Owen Coumas and Black Diamond Boutique and Gallery, LLC waived the provisions of California Civil Code § 1542.

     5.     All parties are to bear their own costs and attorneys' fees.

     6.     The court retains jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

IT IS SO ORDERED.

Dated:   **November 25, 2025**

Dena Coggins
United States District Judge